41 A.3d 1285

Nathaniel TURNER, Petitioner

v.

COURT OF COMMON PLEAS OF
PHILADELPHIA, Respondent.

No. 170 EM 2011.

Supreme Court of Pennsylvania.

April 18, 2012.

## ORDER

PER CURIAM.

**AND NOW,** this 18th day of April, 2012, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus and the Application for an Immediate Hearing are **DENIED.**